IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANTHONY RAY SIELOFF,<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION<br><br>Case No. 2:09-cv-1088 DN<br><br>District Judge David Nuffer |

Before the Court is the Report and Recommendation issued on March 6, 2013[2] by United States Magistrate Judge Dustin B. Pead, recommending that this Court affirm the Commissioner of Social Security's decision to deny Plaintiff DIB and SSI benefits.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days after receiving it. As of the date of this order, the Court has not received any objections to the Report and Recommendation from any of the parties.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)(3), the Court has reviewed de novo all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation. The Court agrees with the analysis and conclusion of the magistrate judge, and will adopt the Report and Recommendation. Accordingly,

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, and the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), Carolyn W. Colvin is substituted for Michael J. Astrue as Defendant in this suit.

[2] Docket no. 36.

IT IS HEREBY ORDERED that the Report and Recommendation (docket no. 36) is ADOPTED in its entirety.

Signed March 26, 2013.

                          BY THE COURT

                          David Nuffer
                          United States District Judge